NOTE: This order is nonprecedential.

# United States Court of Appeals for the Federal Circuit

2009-1228

YVETTE M. HILL,

Plaintiff-Appellant,

v.

John E. Potter, POSTMASTER GENERAL, UNITED STATES POSTAL SERVICE, and UNITED STATES POSTAL SERVICE,

Respondent-Appellee.

Appeal from the United States District Court for the Central District of California in case no. 06-CV-7051, Judge Philip S. Gutierrez.

ON MOTION

Before MAYER, Circuit Judge.

ORDER

The Postmaster General moves for a 21-day extension of time, until August 4, 2009, to file his brief.

Upon consideration thereof,

IT IS ORDERED THAT:

The motion is granted.

JUL 1 6 2009
_____
Date

FOR THE COURT

/s/ Jan Horbaly
_____
Jan Horbaly
Clerk

cc: David Kyle, Esq.
    Harold D. Lester, Jr., Esq.

s17

**FILED**
U.S. COURT OF APPEALS FOR
THE FEDERAL CIRCUIT

JUL 16 2009

JAN HORBALY
CLERK